# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 3:12-cv-00719** |
| **v.** | ) | **Judge Nixon** |
| | ) | **Magistrate Judge Knowles** |
| **KENNETH E. NICHOLSON, JR.,** | ) | |
| | ) | |
| **Defendant** | ) | |

## ORDER

Plaintiff United States of America has filed with the Court a Motion for Voluntary Dismissal ("Motion") (Doc. No. 8), requesting that this case be voluntarily dismissed pursuant to Federal Rule of Civil Procedure 41(a)(2). Defendant Kenneth E. Nicholson, Jr. has not responded to the Motion. Accordingly, the Motion is **GRANTED**; this case is **DISMISSED without prejudice** and the Court **ORDERS** this case **CLOSED**.

It is so ORDERED.

Entered this _____ 29 _____ day of November, 2012.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT